# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND, et al.,

    Plaintiffs,

v.                                      Case No. 25-CV-293

BMD CONCRETE INNOVATIONS LLC,

    Defendant.

## ORDER

    Before the Court is plaintiff Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Kent Miller (in his capacity as Trustee), and Wisconsin Laborers-Employers Cooperation and Education Trust Fund's Motion for Entry of Default Judgment, filed on April 10, 2025. (ECF No. 7.)

    The plaintiffs served defendant BMD Concrete Innovations LLC with process via its registered agent, Matthew Mayotte, at 6788 Forest Park Rd., Winneconne, WI 54986, on March 3, 2025. (ECF No. 3.) BMD failed to answer or otherwise plead in response to the complaint filed with the court. A clerk's default was entered on March 26, 2025, pursuant to Rule 55, Fed. R. Civ. P. To date, BMD has made no appearance or otherwise attempted to defend itself from the allegations.

    The effect of failing to deny a pleading where a responsive pleading is required is an admission. Rule 8(b)(6), Fed. R. Civ. P. Consequently, the court finds BMD

violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs. Due to the BMD's failure, the plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs:

1. Contributions in the amount of $205,289.72;
2. Liquidated damages in the amount of $40,849.39;
3. Interest in the amount of $8,653.15;
4. Attorney Fees in the amount of $1,728.00; and
5. Costs of prosecution in the amount of $500.00.

**IT IS THEREFORE ORDERED** that plaintiffs' Motion for Entry of Default Judgment is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Kent Miller (in his capacity as Trustee), and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against Defendant BMD Concrete Innovations LLC in the amount of $257,020.26 together with interest at the rate allowed by law.

Dated at Green Bay, Wisconsin this 17th day of June, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge