# United States District Court
### EASTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND, et al.,

                Plaintiffs,

                                **JUDGMENT IN A CIVIL CASE**

    v.                            Case No. 25-CV-293

BMD CONCRETE INNOVATIONS LLC,

                Defendant.

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Kent Miller in his capacity as Trustee, and Wisconsin Laborers – Employers Cooperation and Education Trust Fund, against defendant, BMD Concrete Innovations LLC for damages consisting of contributions in the amount of $205,289.72, liquidated damages in the amount of $40,849.39, interest in the amount of $8,653.15, attorney fees in the amount of $1,728.00, and costs of prosecution in the amount of $500.00, for a total of $257,020.26 together with interest at the rate allowed by law.


                Approved:  s/ Byron B. Conway
                              BYRON B. CONWAY
                              United States District Judge

Dated:  June 17, 2025


                              GINA M. COLLETTI
                              Clerk of Court

                              s/ Joleen M. Krings
                              (By) Deputy Clerk