# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Wisconsin Laborers Health Fund et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-CV-293 |
| BMD Concrete Innovations LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Defendant, BMD Concrete Innovations LLC.

Date: 12/11/2025

/s/ Todd A. Miller
*Attorney's signature*

Todd A. Miller, 6216561
*Printed name and bar number*

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606
*Address*

tam@alloccomiller.com
*E-mail address*

(312) 675-4325
*Telephone number*

(312) 675-4326
*FAX number*