Professional Process Servers  
342 N. Water St. Ste. 600  
Milwaukee, Wisconsin 53202

INVOICE NO. 139612  
State of Wisconsin  
County of Winnebago

## Declaration of Personal Service on Corporation or Limited Liability Company

**Client:** The Previant Law Firm, S.C.

**Case Name:** Wisconsin Laborers Health Fund, et al **Vs** BMD Concrete Innovations LLC, et al
**Case Number:** 2025TJ000097

**Documents to be Served:**

Garnishment Summons and Complaint for Non-Earnings (Garnishment-30302)

**Corporation or LLC Served:** Nicolet Bankshares, Inc c/o Phillip H. Moore Jr., Nicolet National Bank

**Served person apparently in charge of office or officer, director, or managing agent name:** Hayden Benner, branch manager

**Address Where Served:** 111 N Washington St, Green Bay, WI 54301-4255
**Date and Time Served:** 02/25/26 4:12 PM
**Other Pertinent Information:**

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

I declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct. Signed on this 26 day of February, 2026 at Brown County in the state of Wisconsin

**Electronically Signed By:** *William Govek*
William Govek (Feb 26, 2026 10:55:05 CST)

**PROCESS SERVER'S NAME: Bill Govek**

**Fee for service:** 95.—